JAMES R. SUTTON, State Bar No. 135930
ION B. MEYN, State Bar No. 212640
GABE CAMARILLO, State Bar No. 237683
THE SUTTON LAW FIRM
150 Post Street, Suite 405
San Francisco, California
Tel: (415) 732-7700
Fax: (415) 732-7701

Attorneys for the San Jose Silicon Valley Chamber of Commerce Political Action Committee and the COMPAC Issues Fund, Sponsored by the San Jose Silicon Valley Chamber of Commerce.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOSE SILICON VALLEY CHAMBER OF COMMERCE POLITICAL ACTION COMMITTEE, an unincorporated association; COMPAC ISSUES FUND, SPONSORED BY THE SAN JOSE SILICON VALLEY CHAMBER OF COMMERCE, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN JOSE; SAN JOSE ELECTIONS COMMISSION; DOES 1 through 10.<br><br>Defendants. | Case No. 06 4252 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON BRIEFING SCHEDULE AND HEARING**<br><br>RE:  **RESPECTIVE SUMMARY JUDGMENT MOTIONS OF ALL PLAINTIFFS AND ALL DEFENDANTS**<br><br>L.R. 6-2<br><br>Date action filed: July 11, 2006<br>Trial date: None set |

RECEIVED
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
Aug 14 '06

---

1

STIPULATION AND [PROPOSED] ORDER FOR OST

1

2   WHEREAS all of the parties in the above entitled matter have submitted a
3   Stipulated Request for Shortening Time on Briefing Schedule and Hearing on all parties'
4   respective Summary Judgment Motions, the Court has reviewed the Stipulated Request,
5   and FOR GOOD CAUSE APPEARING, the Court ORDERS that the time for the Parties'
6   Briefing Schedule and the Court's hearing on the parties' respective Motions for
7   Summary Judgment shall be as follows:

8        Plaintiff's Opening Brief:        Monday, August 14, 2006
9        Defendant's Opening Brief:        Friday, August 18, 2006
10       Oppositions Due:                  Monday, August 28, 2006
11       Replies Due:                      Tuesday, September 5, 2006 at 1:30 pm
12       Hearing:                          MON., SEPT. 18, 2006 at 9:00 am

13   Parties shall serve by facsimile, unless voluminous documents necessitate service
14   by priority overnight mail.

15

16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED

18   Dated: ~~September~~ August 22, 2006    By: _____
19                                                THE HONORABLE JAMES WARE
                                                  United States District Court, Northern District
20                                                Of California

---

STIPULATION AND [PROPOSED] ORDER FOR OST                    2