IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Jose Silicon Valley Chamber of Commerce Political Action Committee, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>The City of San Jose, et al.,<br><br>        Defendants. | NO. C 06-04252 JW<br><br>**JUDGMENT** |

Pursuant to the Court's September 20, 2006 Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment, Judgment is entered for Plaintiffs San Jose Valley Chamber of Commerce Political Action Committee and COMPAC Issues Fund (sponsored by the Silicon Valley Chamber of Commerce), against Defendants the City of San Jose and the San Jose Elections Commission, as follows:

1. The Court declares that San Jose Municipal Code Section 12.06.310 violates the First and Fourteenth Amendments to the United States Constitution.

2. Defendants are permanently enjoined from enforcing San Jose Municipal Code Section 12.06.310 against Plaintiffs.

3. Upon a timely filed motion, Plaintiffs are entitled to recover reasonable attorney's fees and costs.

Dated: September 20, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gabe Omar Camarillo gcamarillo@campaignlawyers.com
Ion Brady Meyn imeyn@campaignlawyers.com
James Ross Sutton jsutton@campaignlawyers.com
Lisa Herrick cao.main@sanjoseca.gov
Sandra Sang-ah Lee sandra.lee@sanjoseca.gov

**Dated: September 20, 2006**                              **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**