1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  LISA HERRICK, Sr. Deputy City Attorney (#157115)
   SANDRA LEE, Deputy City Attorney (#203703)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San Jose, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
   Attorneys for Defendants CITY OF SAN JOSE
7  and SAN JOSE ELECTIONS COMMISSION

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13  SAN JOSE SILICON VALLEY CHAMBER          Case Number:  C-06-04252 JW
    OF COMMERCE POLITICAL ACTION
14  COMMITTEE, an unincorporated
    association; COMPAC ISSUES FUND,         STIPULATION AND [PROPOSED]
15  SPONSORED BY THE SAN JOSE                ORDER CONTINUING NOVEMBER
    SILICON VALLEY CHAMBER OF                13, 2006 HEARING ON PLAINTIFFS'
16  COMMERCE, an unincorporated              MOTION IN SUPPORT OF FEE
    association,                             APPLICATION
17
                                             [Civil Local Rule 6-2]
18                 Plaintiffs,
                                             Judge:  Hon. James Ware
19       v.

20  THE CITY OF SAN JOSE; SAN JOSE
    ELECTIONS COMMISSION; DOES 1
21  through 10, inclusive,

22                 Defendants.

23                              __STIPULATION__

24       WHEREAS, on September 20, 2006, the Honorable James Ware of the United

25  States District Court, Northern District of California, entered Judgment in favor of Plaintiffs

26  San Jose Silicon Valley Chamber of Commerce Political Action Committee and COMPAC

27  Issues Fund Sponsored by the San Jose Silicon Valley Chamber of Commerce

28  ("Plaintiffs") and against Defendants City of San Jose and San Jose Elections Commission

                                      - 1 -

1  ("Defendants"), and issued an Order Denying Defendants' Motion for Judgment on the

2  Pleadings and an Order Granting Plaintiffs' Motion for Summary Judgment and Denying

3  Defendants' Motion for Summary Judgment;

4         WHEREAS, on October 3, 2006, Plaintiffs filed a Motion in Support of Fee

5  Application ("Motion") seeking recovery of attorneys' fees claimed to have accrued up to

6  and through the preparation of the application and scheduled the hearing on the Motion for

7  November 13, 2006;

8         WHEREAS, Defendants require additional time to respond to Plaintiffs' Motion;

9         WHEREAS, continuing the hearing date to December 4, 2006 is mutually

10  convenient for the parties;

11        THEREFORE, IT IS HEREBY STIPULATED by and between the parties in this

12  action that the hearing date for Plaintiffs' Motion for Attorneys' Fees be continued from

13  November 13, 2006 to December 4, 2006, and that Defendants' opposition brief shall be

14  filed no later than twenty-one days before the new hearing date, and that Plaintiffs' reply

15  brief shall be filed no later than fourteen days before the new hearing date.

16  Dated: October 20, 2006                    RICHARD DOYLE, City Attorney

17                                             By: _____/S/_____

18                                                 SANDRA LEE
                                                   Deputy City Attorney

19                                             Attorneys for Defendants

20                                             CITY OF SAN JOSE and SAN JOSE
                                               ELECTIONS COMMISION

21

22  Dated:  October 20, 2006                   THE SUTTON LAW FIRM

23                                             By: _____

24                                                 JAMES SUTTON
                                                   ION MEYN

25                                             Attorneys for Plaintiffs

26                                             SAN JOSE SILICON VALLEY CHAMBER
                                               OF COMMERCE POLITICAL ACTION
                                               COMMITTEE and COMPAC ISSUES FUND

27                                             SPONSORED BY SAN JOSE SILICON
                                               VALLEY CHAMBER OF COMMERCE

28

STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION                                381749
IN SUPPORT OF FEE APPLICATION                                                   C-06-04252 JW

1

## <u>ORDER</u>

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on Plaintiffs'

3  Motion in Support of Fee Application is continued from November 13, 2006 to December 4,

4  2006, at 9:00 a.m., in the courtroom of the Honorable James Ware, located at 280 South

5  First Street, San Jose, California.  Defendants' opposition brief shall be filed no later than

6  twenty-one days and Plaintiffs' reply brief shall be filed no later than fourteen days before

7  the new hearing date.

8  Dated: ___10/25/2006___        _____

9                                   HON. JAMES WARE
                                  United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28