IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Jose Silicon Valley Chamber of Commerce Political Action Committee, et al., <br><br>　　　　Plaintiffs, <br>　v. <br><br>City of San Jose, et al., <br><br>　　　　Defendants. <br>_____/ | NO. C 06-04252 JW <br><br>**ORDER VACATING HEARING ON COMPAC'S MOTION FOR ATTORNEY FEES** |

The Court finds it appropriate to take COMPAC's Motion for Attorneys Fees under submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing scheduled for December 4, 2006 is VACATED.

Dated: November 28, 2006

　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gabe Omar Camarillo gcamarillo@campaignlawyers.com
Ion Brady Meyn imeyn@campaignlawyers.com
James Ross Sutton jsutton@campaignlawyers.com
Lisa Herrick cao.main@sanjoseca.gov
Sandra Sang-ah Lee sandra.lee@sanjoseca.gov

**Dated:  November 28, 2006**                                    **Richard W. Wieking, Clerk**

                                                                                **By:  /s/ JW Chambers**
                                                                                     **Elizabeth Garcia**
                                                                                     **Courtroom Deputy**