JAMES R. SUTTON, State Bar No. 135930
ION B. MEYN, State Bar No. 212640
GABE CAMARILLO, State Bar No. 237683
THE SUTTON LAW FIRM
150 Post Street, Suite 405
San Francisco, California
Tel: (415) 732-7700
Fax: (415) 732-7701

Attorneys for the San Jose Silicon Valley Chamber of Commerce Political Action Committee and the COMPAC Issues Fund, Sponsored by the San Jose Silicon Valley Chamber of Commerce.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN JOSE SILICON VALLEY CHAMBER OF COMMERCE POLITICAL ACTION COMMITTEE, an unincorporated association; COMPAC ISSUES FUND, SPONSORED BY THE SAN JOSE SILICON VALLEY CHAMBER OF COMMERCE, an unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF SAN JOSE; SAN JOSE ELECTIONS COMMISSION; DOES 1 through 10. <br><br> Defendants. | Case No. 06 4252 JW <br><br> **STIPULATION AND [PROPOSED] ORDER AWARDING FEES AND COSTS** |

**STIPULATION**

On September 20, 2006, the Honorable James Ware issued a Judgment entitling Plaintiffs San Jose Silicon Valley Chamber of Commerce Political Action Committee and the COMPAC Issues Fund to recover reasonable attorney's fees and costs upon a timely motion.

On October 3, 2006, Plaintiffs timely filed their motion for fees and costs, after which Defendants City of San Jose and San Jose Elections Commission filed their Opposition and Plaintiffs filed their Reply. Upon consideration of the parties' positions,

1  Plaintiffs and Defendants hereby stipulate that Plaintiffs are entitled to $125,000 for their
2  fees and costs incurred in the trial court proceedings, and that payment shall be stayed
3  pending the outcome of Defendants' appeal.
4
5  SO STIPULATED.
6
7  Dated: December 7, 2006          By:      _____/s/_____
                                             GABE CAMARILLO
8                                            The Sutton Law Firm, P.C.
                                             Attorneys for Plaintiffs
9
10 Dated: December 7, 2006                   RICHARD DOYLE, City Attorney
11
                                    By:      _____
12                                           LISA HERRICK, Senior Deputy City Attorney
                                             Attorneys for Defendants
13
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28
                                              2
STIPULATION AND [PROPOSED] ORDER

# ORDER

WHEREAS all of the parties in the above entitled matter have submitted a Stipulation agreeing that Plaintiffs are entitled to $125,000 for their fees and costs incurred in the trial court proceedings, and whereas Plaintiffs' motion for fees and costs was timely filed, having reviewed the underlying papers submitted by Plaintiffs and Defendants in respect to Plaintiffs' fee motion, and having reviewed the Stipulation submitted by the parties, and FOR GOOD CAUSE APPEARING, the Court ORDERS that Defendants shall pay to Plaintiffs the sum of $125,000 for fees and costs incurred by Plaintiffs in connection with trial court proceedings, and that payment shall be stayed pending the outcome of Defendants' appeal.

PURSUANT TO STIPULATION, IT IS SO ORDERED

     January 09, 2007

Dated: ~~December _____, 2006~~        By: _____
                                                                         THE HONORABLE JAMES WARE
                                                                         United States District Court, Northern District
                                                                         Of California

STIPULATION AND [~~PROPOSED~~] ORDER