**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSE SILICON VALLEY, | NO. C 06-04252 |
| Plaintiff(s), v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| SAN JOSE CITY OF, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **March 9, 2009 at 10:00 AM** (30 days from date of remand). On or before **February 27, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: February 3, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gabe Omar Camarillo gcamarillo@campaignlawyers.com

Lisa Herrick cao.main@sanjoseca.gov

Sandra Sang-ah Lee  cao.main@sanjoseca.gov

Ion Brady Meyn  imeyn@campaignlawyers.com

James Ross Sutton jsutton@campaignlawyers.com

**Dated:  February 3, 2009**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers
                                                                 Elizabeth Garcia
                                                                 Courtroom Deputy**