RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
LISA HERRICK, Sr. Deputy City Attorney (#157115)
MARGO LASKOWSKA, Deputy City Attorney (#187252)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSÉ
and SAN JOSÉ ELECTIONS COMMISSION

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSÉ SILICON VALLEY CHAMBER OF COMMERCE POLITICAL ACTION COMMITTEE, an unincorporated association; COMPAC ISSUES FUND, SPONSORED BY THE SAN JOSÉ SILICON VALLEY CHAMBER OF COMMERCE, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN JOSÉ; SAN JOSÉ ELECTIONS COMMISSION; DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number: C-06-04252 JW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

In accordance with the opinion of the Court of Appeals for the Ninth Circuit issued on October 14, 2008 in *San Jose Silicon Valley Chamber of Commerce Political Action Committee v. City of San Jose,* 546 F.3d 1087 (9th Cir. 2008), and the mandate issued by the Court of Appeals on December 16, 2008, this case is DISMISSED.

Dated: March 5, 2009

_____
JAMES WARE
United States District Judge