RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
LISA HERRICK, Sr. Deputy City Attorney (#157115)
MARGO LASKOWSKA, Deputy City Attorney (#187252)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSÉ
and SAN JOSÉ ELECTIONS COMMISSION

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSÉ SILICON VALLEY CHAMBER OF COMMERCE POLITICAL ACTION COMMITTEE, an unincorporated association; COMPAC ISSUES FUND, SPONSORED BY THE SAN JOSÉ SILICON VALLEY CHAMBER OF COMMERCE, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN JOSÉ; SAN JOSÉ ELECTIONS COMMISSION; DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number: C-06-04252 JW<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to the Court's Order of Dismissal dated March 5, 2009, judgment is entered in favor of Defendants City of San Jose and San Jose Elections Commission, against Plaintiffs San Jose Valley Chamber of Commerce Political Action Committee and Compact Issued Fund.

Previous order awarding fees and costs to Plaintiffs are VACATED. Costs are awarded to Defendants. The Clerk shall close this file.

Dated: March 5, 2009

_____
JAMES WARE
United States District Judge